# Exhibit A

In The Matter Of The Estate Of
Sarah D. Spinks

Randolph County File No. 15 E 331

# STATE OF NORTH CAROLINA

RANDOLPH _____ County

*File No.* 15 E 331

In The General Court Of Justice
Superior Court Division
Before The Clerk

| IN THE MATTER OF THE ESTATE OF: | ESTATES ACTION |
|---|---|
| *Name Of Decedent/Minor/Incompetent*<br>SARAH D. SPINKS | **COVER SHEET** |

2015 APR 10 P 12: 09

| *Date Of Birth, If Minor* | *Date Of Death*<br>2-3-2015 | |
|---|---|---|

RANDOLPH CO. C.S.C.
BY

*Name Of Fiduciary 1*
GARRETT AVON SPINKS

*Name Of Fiduciary 2*

Rule 5(b), Rules of Practice For Superior and District Courts

**All persons listed below may be entitled to share in the decedent's estate** *(Continue on back if necessary.)*

| 1. | GARRETT AVON SPINKS | 4. | |
|---|---|---|---|
| 2. | | 5. | |
| 3. | | 6. | |

| *Name, Mailing Address. PO Box, City,State And Zip Of Attorney (complete for initial appearance or change of address)* | *Name Of Firm* |
|---|---|
| WILLIAM H. FLOWE, JR.<br>P O BOX 1315<br>LIBERTY NC 27298 | |

| ☒ Initial Appearance in Case | ☐ Change of Address | *Attorney Bar No.* 7114 |
|---|---|---|
| | | *Telephone No.* 336 622-2278    *Fax No.* |

## APPLICATION

*(check appropriate box)*

☐ Affidavit For Collection Of Personal Property - Intestate (AFCP)
☐ Affidavit For Collection Of Personal Property - Testate (AFCT)
☐ Amend (AMND) *(see NOTE)*
☐ Ancillary Administration (ANCL)
☐ Appointment Of Receiver (APRC)
☐ Assignment Of Title (ASOT)
☐ Attorney Fee (ATFE)
☐ Caveat (CAVT)
☐ Collector (COLL)
☐ Court Costs (COST)
☐ Continue (CNTN)
☐ Dismiss (Involuntary) (DISM)
☐ Emergency Removal Of Guardian (Without Hearing)
☐ Exemplified Administration (EXAD)
☐ Extension Of Time (EXTM) *(see NOTE)*
☐ General Guardianship - Incompetent (GUIN)
☐ General Guardianship - Minor (GUMI)
☐ Guardianship Of The Estate - Incompetent (GUEI)
☐ Guardianship Of The Estate - Minor (GUEM)
☐ Guardianship Of The Person (GUPE)
☐ Interim Guardianship (INGU)
☐ Letters Of Administration (LOAD)
☐ Limited Personal Representative (LTPR)
☐ Modify Guardianship (GUMO)
☐ Payments To Clerks 28A-25.6 (PYCL)
☐ Petition To Sue As Indigent (OTHR)
☐ Proceeding Exam To Discover Assets (PEDA)

☐ Power Of Attorney (POAT)
☒ Probate, Letters Testamentary - Administration CTA (PROB)
☐ Renunciation Of Interest - Estate (RNIE)
☐ Renunciation of Interest - No Estate (RNUN)
☐ Renunciation Of Testamentary Trustee (RNTT)
☐ Resignation Of Trustee (RSNT)
☐ Removal/Substitution Of Administrator (RRFD)
☐ Removal/Substitution Of Guardian (RRFG)
☐ Removal/Substitution Of Trustee (RSOT)
☐ Standby General Guardianship - Minor (SGUG)
☐ Standby Guardianship Of Person - Minor (SGUP)
☐ Summary Administration (SUMA)
☐ Summary Removal Of Personal Representative
   (Without Hearing)
☐ Trust - Cemetery (TCEM)
☐ Trust (TRST)
☐ Trust Under Will - Qualification Required, No Accountings
   (TRNQ)
☐ Trust Under Will - Qualification And Accounting Required
   (TRUW)
☐ Voluntary Dismissal - With Or Without Prejudice (VOLD)
☐ Will For Probate - No Qualification (WLPR)
☐ Year's Allowance (YEAL)
☐ Other: *(specify and list each separately)*

| *Date* | *Signature Of Attorney/Applicant* |
|---|---|

**NOTE:** *All filings in estates shall include as the first page of the filing a cover sheet summarizing the critical elements of the filing in a format prescribed by the Administrative Office of the Courts, and the Clerk of Superior Court shall require a party to refile a filing which does not include the required cover sheet. For subsequent filings the filing party must either include an Estates (AOC-E-650), Motion (AOC-CV-752), or Court Action (AOC-CV-753) cover sheet.*

AOC-E-650, Rev. 1/14
© 2014 Administrative Office of the Courts

*(Over)*

**(TYPE OR PRINT IN BLACK INK)**

# STATE OF NORTH CAROLINA

_____RANDOLPH_____ County ☐☐ ☐☐☐ ☐

File No. 15 E 331

In The General Court Of Justice
Superior Court Division
Before The Clerk

| IN THE MATTER OF THE ESTATE OF: | |
|---|---|

| Name, Street Address, City, State And Zip Code Of Decedent | |
|---|---|
| SARAH D. SPINKS<br>482 ISLEY LANE<br>RAMSEUR         NC 27316 | 2015 APR 10 P 12: 09 |

**APPLICATION**
**FOR PROBATE AND LETTERS**
☒ TESTAMENTARY ☐ OF ADMINISTRATION CTA

| Social Security No. (Last Four Digits) | County Of Domicile At Time Of Death |
|---|---|
| 4178 | RANDOLPH |

G.S. 28A-6-1; 28A-12-4; 31-16; 105-22

| Date Of Death | Date Of Will and Codicil(s) If Any | Place Of Death (If Different From County Of Domicile) |
|---|---|---|
| 2-3-2015 | 04/17/2007 | |

| Name, Street Address, PO Box, City, State And Zip Code Of Applicant | | Name, Street Address, PO Box, City, State And Zip Code Of Co-Applicant | |
|---|---|---|---|
| GARRETT AVON SPINKS<br>480 ISLEY LANE | | | |
| RAMSEUR, NC 27316 | Telephone No.<br>336-736-6938 | | Telephone No. |

| Legal Residence (County, State) | Legal Residence (County, State) |
|---|---|
| RANDOLPH, NORTH CAROLINA | |

| Name, Street Address, PO Box, City, State And Zip Code Of Attorney | Attorney Bar No. |
|---|---|
| WILLIAM H. FLOWE, JR.<br>P O BOX 1315 | 7114 |
| | Telephone No. |
| LIBERTY       NC 27298 | 336 622-2278 |

I, the undersigned, applying for probate and for letters in the above estate, being first duly sworn, say that:

1. The decedent was domiciled in this county at the time of the decedent's death, or left property or assets in this county, or was a nonresident motorist who died in North Carolina; no other proceeding for probate or for administration is pending in any jurisdiction.

2. The decedent left the paper-writing(s) purporting to be the decedent's Last Will and Testament ☐ and codicil(s), dated as shown above.

3. ☒ a. I am an executor, devisee or legatee named in the will, or a next-of-kin or creditor of the decedent.
   ☐ b. I am the person entitled to apply for letters or am applying after all persons having prior right to apply have renounced.
   ☐ c. I am applying subject to G.S. 28A-6-2(1) and move that all necessary citations be issued.
   ☐ d. I am the public administrator appointed by the Court.

4. I am not disqualified pursuant to G.S. 28A-4-2 to administer the estate and have not renounced my right to do so.

5. Following the execution of the will there were no children born to or adopted by the decedent, and the decedent did not thereafter marry or obtain a divorce. *(If the facts are otherwise, state them on an attachment.)*

6. After diligent inquiry, I have determined that the persons listed below are all the persons entitled to share in the decedent's estate. *(If there is a court-appointed guardian for any such person(s), list the guardian's name and address on an attachment.)*

| NAME | AGE | RELATIONSHIP | MAILING ADDRESS |
|---|---|---|---|
| GARRETT AVON SPINKS | 18+ | SON | 480 ISLEY LANE, RAMSEUR, NC 27316 |
| | | | |
| *BENNY RAY SPINKS, NOT INCLUDED- | | | |
| BLUE CARNIVAL GLASS DISPOSED OF | | | |
| PRIOR TO DEATH | | | |
| | | | |
| | | | |
| | | | |

AOC-E-201, Rev. 4/08
© 2008 Administrative Office of the Courts

Original - File    Copy - Applicant
(Preliminary Inventory On Reverse)

**PRELIMINARY INVENTORY**

*(Give values as of date of decedent's death. Continue on separate attachment if necessary.)*

## PART I. PROPERTY OF THE ESTATE

| | Est. Market Value |
|---|---|
| 1. Accounts in sole name of decedent *(List bank, etc., each account no. and balance.)* | $ |
| | |
| | |
| | |

| 2. Joint accounts **without** right of survivorship *(List bank, etc., each account no., balance and joint owners.)* | |
|---|---|
| | % Owned By Dec. |
| | % Owned By Dec. |
| | % Owned By Dec. |
| | % Owned By Dec. |

| | | |
|---|---|---|
| 3. Stocks/bonds/securities in sole name of decedent or jointly owned **without** right of survivorship........... | % Owned By Dec. | |
| 4. Cash and undeposited checks on hand............................................................... | | |
| 5. Household furnishings................................................................................. | | |
| 6. Farm products, livestock, equipment and tools................................................ | | |
| 7. Vehicles................................................................................................. | | |
| 8. Interest in partnership or sole proprietor businesses......................................... | | |
| 9. Insurance, Retirement Plan, I.R.A., etc., payable to Estate................................. | | |
| 10. Notes, judgments, and other debts due decedent............................................. | | |
| 11. Miscellaneous personal property.................................................................. | | |
| 12. Real estate willed to the Estate................................... | $ | |
| 13. Estimated annual income of Estate............................................................... | | |

| *(Base bond on this amount, if applicable.)* **TOTAL PART I.** ▶ | $ | 0.00 |
|---|---|---|

## PART II. PROPERTY WHICH CAN BE ADDED TO ESTATE IF NEEDED TO PAY CLAIMS

| | | |
|---|---|---|
| 1. Joint accounts with right of survivorship *(List bank, etc., each account no., balance & joint owners.)* | $ | |
| | | |
| | | |
| | | |
| 2. Stocks/bonds/securities registered in beneficiary form and immediately transferred on death or jointly owned with right of survivorship.......................... | | |
| 3. Other personal property recoverable (G.S. 28A-15-10)........................................ | | |
| 4. Real estate owned by decedent and not listed elsewhere.................................... | | 129,617.00 |

| **TOTAL PART II.** ▶ | $ | 129,617.00 |
|---|---|---|

## PART III. OTHER PROPERTY

1. There ☐ is ☒ is not entireties real estate owned by decedent and spouse .......................................
2. There ☐ are ☒ are not Insurance, Retirement Plan, I.R.A. accounts, annuities etc., payable to named beneficiaries.................................
3. There ☐ is ☒ is not a potential claim for wrongful death arising under G.S. 28A-18.2...................

| Signature Of Applicant | Signature Of Co-Applicant |
|---|---|
| *Garrett aron Spires* | |

| SWORN/AFFIRMED AND SUBSCRIBED TO BEFORE ME | SWORN/AFFIRMED AND SUBSCRIBED TO BEFORE ME |
|---|---|
| **Date** 04/09/2015 — *Signature Of Person Authorized To Administer Oaths* | **Date** — *Signature Of Person Authorized To Administer Oaths* |
| ☐ Deputy CSC  ☐ Assistant CSC  ☐ Clerk Of Superior Court | ☐ Deputy CSC  ☐ Assistant CSC  ☐ Clerk Of Superior Court |
| ☒ Notary — **Date Commission Expires** 01/26/2017 | **Date Commission Expires** — ☐ Notary |
| **SEAL** — **County Where Notarized** RANDOLPH COUNTY, NC | **County Where Notarized** — **SEAL** |

AOC-E-201, Side Two, Rev. 4/08
© 2008 Administrative Office of the Courts

# STATE OF NORTH CAROLINA

RANDOLPH ——————— County

File No.

15 E 331

In The General Court Of Justice
Superior Court Division
Before the Clerk

## IN THE MATTER OF THE ESTATE OF:

Name

SARAH D. SPINKS

# LETTERS

TESTAMENTARY

G.S. 28A-6-1; 28A-6-3; 28A-11-1; 36C-2-209

The Court in the exercise of its jurisdiction of the probate of wills and the administration of estates, and upon application of the fiduciary, has adjudged legally sufficient the qualification of the fiduciary named below and orders that Letters be issued in the above estate.

The fiduciary is fully authorized by the laws of North Carolina to receive and administer all of the assets belonging to the estate, and these Letters are issued to attest to that authority and to certify that it is now in full force and effect.

Witness my hand and the Seal of the Superior Court.

| Name And Address Of Fiduciary 1 | Date Of Qualification |
|---|---|
| GARRETT AVON SPINKS 480 ISLEY LANE | 04/10/2015 |
| | Clerk Of Superior Court |
| RAMSEUR              NC      27316 | PAMELA L. HILL |

| Title Of Fiduciary 1 | |
|---|---|
| EXECUTOR | EX OFFICIO JUDGE OF PROBATE |

| Name And Address Of Fiduciary 2 | Date Of Issuance |
|---|---|
| | 04/10/2015 |
| | Signature |

| Title Of Fiduciary 2 | |
|---|---|
| | ☐ Deputy CSC    ☒ Assistant CSC    ☐ Clerk Of Superior Court |

## SEAL

NOTE: *This letter is not valid without the official seal of the Clerk of Superior Court.*

AOC-E-403, Rev. 7/06
© 2006 Administrative Office of the Courts

# STATE OF NORTH CAROLINA

RANDOLPH _____ County

File No.

15 E 331

In The General Court Of Justice
Superior Court Division
Before The Clerk

| IN THE MATTER OF THE ESTATE OF: | |
|---|---|

Name Of Decedent/Minor/Incompetent/Trust

SARAH D. SPINKS

2015 APR 10 P 12: 09

RANDOLPH CO., C.S.C.
BY

**ORDER AUTHORIZING
ISSUANCE OF LETTERS**

G.S. 28A-6-1; 35A-1215, -1226; 36C-2-209

The Court finds from the Application for Letters in the matter named above that the Fiduciary is entitled and is not disqualified to administer the estate, trust, or guardianship.

Based on these findings, the Court orders that Letters be issued to the Fiduciary in this matter.

| | |
|---|---|
| Name And Address Of Fiduciary 1<br>GARRETT AVON SPINKS<br>480 ISLEY LANE<br><br>RAMSEUR      NC     27316 | Date Of Qualification<br>04/10/2015 |
| | Clerk Of Superior Court<br>PAMELA L. HILL |
| Title Of Fiduciary 1<br>EXECUTOR | **EX OFFICIO JUDGE OF PROBATE** |
| Name And Address Of Fiduciary 2 | Date<br>04/10/2015 |
| | Signature<br>Darlene T Wilson |
| Title Of Fiduciary 2 | ☒ Assistant CSC      ☐ Clerk Of Superior Court |

ACC-E-402, Rev. 8/12
© 2012 Administrative Office of the Courts

# STATE OF NORTH CAROLINA

RANDOLPH _____ County

**FILED**

File No. 15 E 331

In The General Court Of Justice
Superior Court Division
Before The Clerk

## IN THE MATTER OF THE ESTATE OF:

Name Of Decedent/Minor/Incompetent/Trust

SARAH D. SPINKS

2015 APR 10 P 12: 09

RANDOLPH CO., C.S.C.
BY _____

## OATH/AFFIRMATION

N.C. Constitution, Art. VI., Sec. 7; G.S.11-7, 11-11; 28A-7-1

I, the undersigned, do solemnly ☒ swear ☐ affirm that I will support and maintain the Constitution and laws of the United States, and the Constitution and laws of North Carolina not inconsistent therewith; that I will be faithful and bear true allegiance to the State of North Carolina, and to the constitutional powers and authorities which are or may be established for the government thereof; and that I will endeavor to support, maintain and defend the Constitution of said State, not inconsistent with the Constitution of the United States, to the best of my knowledge and ability; and that I will faithfully discharge the duties of my office as indicated below;
☒ so help me, God. ☐ and this is my solemn affirmation.

*(check office below)*

☐ **OATH OF ADMINISTRATOR**
I ☐ swear ☐ affirm that I believe that the above named decedent died without leaving any Last Will and Testament; that I will well and truly administer all and singular the goods and chattels, rights and credits of the deceased and a true and perfect inventory thereof return according to law; and that all other duties appertaining to the charge reposed in me, I will well and truly perform, according to law and with my best skill and ability;
☐ so help me, God. ☐ and this is my solemn affirmation.

☒ **OATH OF EXECUTOR**
I ☒ swear ☐ affirm that I believe this paper writing to be and contain the Last Will and Testament of the above named decedent; and that I will well and truly execute the same by first paying the decedent's debts and then the decedent's legacies; as far as the said estate shall extend or the law shall charge me; and that I will well and faithfully execute the office of an executor, agreeably to the trust and confidence reposed in me, and according to law; ☒ so help me, God. ☒ and this is my solemn affirmation.

☐ **OATH OF ADMINISTRATOR CTA**
I ☐ swear ☐ affirm that I believe this paper writing to be and contain the Last Will and Testament of the above named decedent; and that I will well and truly execute the same by first paying the decedent's debts and then the decedent's legacies, as far as the said estate shall extend or the law shall charge me; and that I will well and faithfully execute the office of an administrator cta to the best of my skill and ability and according to the law;
☐ so help me, God. ☐ and this is my solemn affirmation.

☐ **OATH OF FIDUCIARY**
I ☐ swear ☐ affirm that I will faithfully and honestly discharge the duties reposed in me according to the best of my skill and ability, and according to law; ☐ so help me, God. ☐ and this is my solemn affirmation.

| Name Of Fiduciary 1 | Name Of Fiduciary 2 |
|---|---|
| GARRETT AVON SPINKS | |
| Signature Of Fiduciary | Signature Of Fiduciary |
| *Garrett Avon Spinks* | |
| ☒ SWORN ☐ AFFIRMED AND SUBSCRIBED TO BEFORE ME | ☐ SWORN ☐ AFFIRMED AND SUBSCRIBED TO BEFORE ME |
| Date 4/9/2015 | Date |
| Signature Of Person Authorized To Administer Oaths | Signature Of Person Authorized To Administer Oaths |
| ☐ Deputy CSC ☐ Assistant CSC ☐ Clerk Of Superior Court | ☐ Deputy CSC ☐ Assistant CSC ☐ Clerk Of Superior Court |
| ☒ Notary | Date My Commission Expires NOV/30/2017 | Date My Commission Expires | ☐ Notary |
| SEAL | County Where Notarized RANDOLPH | County Where Notarized | SEAL |

AOC-E-400, Rev. 3/07
© 2007 Administrative Office of the Courts

Original-File

# STATE OF NORTH CAROLINA

_____RANDOLPH_____ County

File No.

15 E 331

In The General Court Of Justice
Superior Court Division
Before The Clerk

IN THE MATTER OF THE ESTATE OF:

Name Of Decedent
SARAH D. SPINKS

2015 APR 10  P 12:00

RANDOLPH CO., S.S.C.
BY

## CERTIFICATE OF PROBATE

G.S. 28A-2A-6

Date Of Purported Will
04/17/2007

Date(s) Of Codicil(s)

A paper-writing dated as indicated above, purporting to be the Last Will and Testament or codicil(s) thereto of the above-named decedent, has been exhibited before me. Sufficient proof of the due execution thereof has been taken in the self-proving paper-writing or as set forth in the accompanying affidavits which are incorporated and made a part hereof.

It is adjudged that the paper-writing and every part thereof is the Last Will and Testament or codicil(s) thereto of the decedent, and the same is ordered admitted to probate.

Date
04/10/2015

Signature
_Darlene T Wilson_

☒ Assistant CSC       ☐ Clerk Of Superior Court

AOC-E-304, Rev. 6/14
© 2014 Administrative Office of the Courts

# 𝔏𝔞𝔰𝔱 𝔚𝔦𝔩𝔩 𝔞𝔫𝔡 𝔗𝔢𝔰𝔱𝔞𝔪𝔢𝔫𝔱

15 E 331

2015 APR 10 P 12: 09

OF

RANDOLPH CO., C.S.C.
BY

**SARAH D. SPINKS**

## ARTICLE I

I, **SARAH D. SPINKS**, domiciled in Randolph County County, North Carolina, declare this to be my last will, hereby revoking all wills and codicils heretofore made by me.

## ARTICLE II

I direct that all of my just debts, my funeral expenses, the cost of a suitable monument at my grave, the cost of administration of my estate and all estate and inheritance taxes and other taxes in the general nature thereof which shall become payable upon or by reason of my death be paid out of the assets of my estate as soon as practicable after my death.

## ARTICLE III

A.      I devise to my son **Benny Ray Spinks** a set of blue carnival glass.

B.      All the rest and remainder of my property I devise to my son **Garrett Avon Spinks.**

## ARTICLE IV

I hereby constitute and appoint my son, **GARRETT AVON SPINKS**, as executor of my estate.

## ARTICLE V

I hereby grant to my executor the continuing, absolute, discretionary power to deal with any property, real or personal, held in my estate as freely as I might in handling all of my own affairs including the power to sell, mortgage or otherwise deal with any real property if, in the

1

sole discretion of my executor such transaction is in the best interest of my estate. Without in any way limiting the generality of the foregoing provision, I hereby grant my executor all of the powers set forth in North Carolina General Statutes, Section 32-27, subject to Section 32-26, and these powers are incorporated by reference. Such powers and authorities may be exercised independently and without the prior or subsequent approval of any court or judicial authority, and no person dealing with the executor shall be required to inquire into the propriety of any of his actions.

IN WITNESS WHEREOF, I sign, seal, publish and declare this instrument to be my last will, this the _17th_ day of April, 2007.

_____ (SEAL)
**SARAH D. SPINKS**

I, **SARAH D. SPINKS,** the testatrix, sign my name to this instrument, this the _17th_ day of April, 2007, and being duly sworn, do hereby declare to the undersigned authority that I sign and execute this instrument as my last will; that I sign it willingly, and that I execute it as my free and voluntary act for the purposes therein expressed; that I am eighteen years of age or older, of sound mind, and under no constraint or undue influence.

_____ (SEAL)
**SARAH D. SPINKS**

2

We, Phyllis P. Allen and Sandra L. Dixon, the witnesses, sign our names to this instrument, being first duly sworn, and do hereby declare to the undersigned authority that the testatrix signs and executes this instrument as her last will and that she signs it willingly and that each of us, in the presence and hearing of the testatrix, hereby signs this will as witness to the testatrix's signing, and to the best of our knowledge the testatrix is eighteen years of age or older, of sound mind, and under no constraint or undue influence.

_____, LIBERTY, NORTH CAROLINA

_____, LIBERTY, NORTH CAROLINA

STATE OF NORTH CAROLINA

COUNTY OF RANDOLPH

Subscribed, sworn to and acknowledged before me by **SARAH D. SPINKS**, the testatrix, and subscribed and sworn to before me by Phyllis P. Allen and Sandra L. Dixon, the witnesses, this 17th day of April, 2007.

My commission expires:
January 26, 2012



_____
William H. Flowe, Jr., Notary Public

3

# CERTIFICATION OF VITAL RECORD

## STATE OF NORTH CAROLINA
### RANDOLPH COUNTY
### OFFICE OF REGISTER OF DEEDS

FEB. 0 6 2015

NORTH CAROLINA DEPARTMENT OF HEALTH AND HUMAN SERVICES
N.C. VITAL RECORDS
CERTIFICATE OF DEATH

2015020320000100 DG
Bk:DC102 Pg:117
03/03/2015 12:00:00 PM 1/1

REGISTRATION DISTRICT NO. **00680**    LOCAL NO. Randolph    STATE FILE NO.

2015 APR 10 P 12:08
RANDOLPH CO. C.S.C.

| DECEDENT'S LEGAL NAME — FIRST | MIDDLE | LAST | SUFFIX |
|---|---|---|---|
| Sarah | Dollie | Spinks | Isley |

AGE — LAST BIRTHDAY (Yrs): **83**    DATE OF BIRTH: 07 August 1931    BIRTHPLACE: Randolph, NC    DATE OF DEATH: 03 February 2015

PLACE OF DEATH: Randolph Hospice House    CITY OR TOWN: Asheboro    COUNTY OF DEATH: Randolph

MARITAL STATUS: Widowed    SURVIVING SPOUSE'S NAME: None

DECEDENT'S USUAL OCCUPATION: Ramseur Interlock    KIND OF BUSINESS/INDUSTRY: House Keeping

RESIDENCE — STATE: North Carolina    COUNTY: Randolph    CITY OR TOWN: Ramseur

STREET AND NUMBER: 482 Isley Lane    ZIP CODE: 27316

FATHER'S NAME: James Vance Isley    MOTHER'S NAME PRIOR TO FIRST MARRIAGE: Mary Emma Green Isley

INFORMANT'S NAME: Garrett Spinks    RELATIONSHIP TO DECEDENT: Son    MAILING ADDRESS: 482 Isley Lane Ramseur NC 27316

METHOD OF DISPOSITION: Burial    PLACE OF DISPOSITION: Oakland-McCrary Cemetery    LOCATION: Ramseur, NC

NAME AND ADDRESS OF FUNERAL HOME: Russell Funeral Home & Cremation, INC. PO Box 883 Siler City, NC 27344

SIGNATURE OF FUNERAL SERVICE LICENSEE: Reginald E. McNair    LICENSE NUMBER: 2005

### MEDICAL CERTIFICATION

IMMEDIATE CAUSE: CHRONIC OBSTRUCTIVE PULMONARY DISEASE

Sequentially list conditions: PULMONARY FIBROSIS

WAS AN AUTOPSY PERFORMED? No

MANNER OF DEATH: Natural    TIME OF DEATH: 11:30 am

WAS CASE REFERRED TO MEDICAL EXAMINER? No

CERTIFIER: Certifying physician

SIGNATURE: ____ M.D.    LICENSE NUMBER: NC 930549

NAME AND ADDRESS OF CERTIFIER: Scott Eakins MD 416 Ivey Dr. Asheboro NC 27203    DATE CERTIFIED: 2/6/15

Mary M. Cooper, RN    DATE: 2/6/15    DATE REGISTERED: 2/6/15

Volume **102**    Page **117**

This is to certify that this is a true and correct reproduction or abstract of the official record filed in this office.

**Krista M. Lowe**
Register of Deeds
Randolph County

**076 - 076196**

Witness my hand and official seal
this the _2_ day of _February_ 20 _15_    By: _____
Deputy / Assistant Register of Deeds

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE
Any alteration or erasure voids this certificate. Do not accept unless on security paper with Register of Deeds seal clearly embossed in left corner.

VOID

# STATE OF NORTH CAROLINA

File No.
2015 E   000331

_____RANDOLPH_____ County

In The General Court Of Justice
Superior Court Division
Before The Clerk

| IN THE MATTER OF THE ESTATE OF: | NOTICE TO FILE |
|---|---|

Name Of Decedent/Trust/Ward

SARAH D SPINKS

T
O

Name And Address Of Fiduciary

GARRETT AVON SPINKS
480 ISLEY LANE

RAMSEUR          NC     27316

## NOTICE TO FILE

☒ **INVENTORY** _____AOC-E-505_____

☐ **ANNUAL ACCOUNT** _____

☐ **FINAL ACCOUNT/AFFIDAVIT** _____

G.S. 28A-20-2, 28A-21-1 through 28A-21-4, 28A-25-3, 35A-1262, 36A-107

☒ Estate          ☐ Trust          ☐ Guardianship

---

The inventory/account/affidavit indicated above in the Notice To File list is now due.

You are reminded that if the required inventory/account/affidavit is not filed within thirty (30) days of this Notice, the law of North Carolina requires the Clerk to issue process to compel its filing. To avoid compulsory process, please file the inventory/account/affidavit within thirty (30) days. You should notify your attorney of this Notice.

The required form number listed in the Notice To File box is available via the North Carolina Court system website at www.nccourts.org/forms.

**If you are filing an annual/final account, you must submit cancelled checks, receipts or other vouchers in support of all payments.**

Thank you for your prompt attention to this matter.

| Copy To  WILLIAM H FLOWE JR | Date          July 14, 2015 |
|---|---|
| PO BOX 1315 | Signature     LIESEL I ROSENTRATER |
| LIBERTY          NC          27298-1315 | ☒ Deputy CSC    ☐ Assistant CSC    ☐ Clerk Of Superior Court |

FORMS ENCLOSED

Original-Fiduciary     Copy-File and Attorney

AOC-E-501, Rev. 3/07
© 2007 Administrative Office of the Courts

# STATE OF NORTH CAROLINA

FILED

RANDOLPH _____ County

2016 JUL 29 AM 8:36

RANDOLPH COUNTY, C.S.C.

IN THE MATTER OF THE ESTATE OF:

Name Of Decedent

SARAH D. SPINKS

File No.

15 E 331

In The General Court Of Justice
Superior Court Division
Before The Clerk

**INVENTORY
FOR DECEDENT'S ESTATE**

G.S. 28A-15-2, 28A-20-1

**IMPORTANT:** *File within three (3) months after qualifying. Itemize and give values as of date of decedent's death. Continue on additional sheet if necessary.*

I, the undersigned personal representative, being duly sworn, say that to the best of my knowledge the following is a just, true, and perfect inventory of all the real and personal property of the decedent named above, which has come into my hands or into the hands of any person for me as personal representative of the estate.

| PART I. PROPERTY OF THE ESTATE | |
|---|---|
| 1. Accounts In Sole Name Of Decedent *(List bank, etc., each account no., and balance.)* | **VALUE** |
| | $ |
| | |
| | |
| | |
| | |
| 2. Joint Accounts **Without** Right Of Survivorship *(List bank, etc., each account no., balance, and joint owners.)* | |
| | % Owned By Decedent |
| | % Owned By Decedent |
| | % Owned By Decedent |
| | % Owned By Decedent |
| 3. Stocks And Bonds In Sole Name Of Decedent Or Jointly Owned **Without** Right Of Survivorship *(Identify each type of security and give market value of all securities of that type, e.g., 100 shares of XYZ Corp. common stock at 37-1/4...$3,725.)* | |
| | % Owned By Decedent |
| | % Owned By Decedent |
| | % Owned By Decedent |
| | % Owned By Decedent |
| | % Owned By Decedent |
| 4. Cash And Undeposited Checks On Hand | |
| RANDOLPH ELECTRIC MEMBERSHIP CORPORATION | 1,947.14 |
| 5. All Other Personal Property *(See preliminary inventory on application for checklist of types of property to list.)* | |
| HOUSEHOLD FURNISHINGS | 500.00 |
| 2003 BUICK | 2,970.00 |
| | |
| | |
| | |
| 6. Real Estate Willed To The Estate, Directed By The Will To Be Sold, And Sold *(Attach legal description and proceeds of sale for each parcel.)* | |
| TOTAL FROM ADDITIONAL SHEET IF ANY ▶ | $ |
| SUBTOTAL *(Costs apply to this total)* ▶ | $ 5,417.14 |
| 7. Real Estate Willed To The Estate, Directed By The Will To Be Sold, And Not Sold *(Attach legal description of each parcel and give fair market value at date of death.)* | |
| | $ |
| TOTAL PART I. ▶ | $ 5,417.14 |

*(Over)*

AOC-E-505, Rev. 2/15
© 2015 Administrative Office of the Courts

| PART II. PROPERTY WHICH CAN BE ADDED TO ESTATE IF NEEDED TO PAY CLAIMS | | |
|---|---|---|
| 1. Joint Accounts With Right Of Survivorship *(List each account; give names of other joint owners and total amount on deposit in each account; attach copy of deposit contract unless already attached to application.)* | **VALUE** | |
| | $ | 0.00 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| 2. Stocks/Bonds/Securities Jointly Owned With Right Of Survivorship Or Registered In Beneficiary Form And Automatically Transferable On Death *(Identify each type of security and give market value of all securities of that type, e.g., 100 shares of XYZ Corp. common stock at 37-1/4...$3,725.)* | | |
| | | 0.00 |
| | | |
| | | |
| | | |
| | | |
| 3. Other Personal Property Recoverable (G.S. 28A-15-10) | | 0.00 |
| 4. Real Estate Except Entireties Property, Life Estate And Real Estate Willed To Estate *(List legal description and give fair market value of each parcel of decedent's interest at date of death.)* | | |
| HOUSE AND LOT AT 480 ISLEY LANE, RAMSEUR, NC 27316 | | 130,000.00 |
| RANDOLPH COUNTY, TAX PACEL ID#8713510338 | | |
| DEED BOOK 1153, PAGE 305 | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL PART II. ▶ | $ | 130,000.00 |

## PART III. CLAIMS FOR WRONGFUL DEATH

There ☐ is ☒ is not a potential claim for wrongful death arising under G.S. 28A-18.2. The following attorney, if any, has been retained to file the action, and the civil action, if any, has been filed in the following court or jurisdiction:

| Name And Address Of Attorney | State And County Or Federal District Court Jurisdiction |
|---|---|
| | |
| Telephone No. | Case No. |
| | |

| Signature Of Fiduciary | Title | Signature Of Co-Fiduciary, If Any | Title |
|---|---|---|---|
| *Janett aron Synde* | EXECUTOR | | |

| SWORN/AFFIRMED AND SUBSCRIBED TO BEFORE ME | | SWORN/AFFIRMED AND SUBSCRIBED TO BEFORE ME | |
|---|---|---|---|
| Date 7/27/2015 | Signature Of Person Authorized To Administer Oaths | Date | Signature Of Person Authorized To Administer Oaths |
| ☐ Deputy CSC ☐ Assistant CSC ☒ Clerk Of Superior Court | | ☐ Deputy CSC ☐ Assistant CSC ☐ Clerk Of Superior Court | |
| ☒ Notary | Date My Commission Expires 01/26/2017 | Date My Commission Expires | ☐ Notary |
| **SEAL** | County Where Notarized RANDOLPH | County Where Notarized | **SEAL** |

AOC-E-505, Side Two, Rev. 2/15
© 2015 Administrative Office of the Courts



## THE COURIER-TRIBUNE

### *Affidavit of Publication*

State of North Carolina,
   Randolph County

To Whom It May Concern:

This is to certify the
advertisement attached
hereto has been published in

## *The Courier Tribune*

on the following dates:

5-8-15
5-15-15
5-22-15
5-29-15

Sworn to on this 2nd day
of June, 2015

*Slinette Overett*
Courier-Tribune Representative

Sworn to and Subscribed
Before me this 2nd day
of June, 2015

*Josye K*
Notary Public

JOSEPHINE VIERA
Notary Public, North Carolina
Randolph County
My Commission Expires
10/11/2019

EXECUTOR'S NOTICE
Having qualified on the 10th day of April, 2015, as Executor of the
Estate of Sarah D. Spinks, deceased, late of Randolph County, North
Carolina, this is to notify all persons, firms and corporations having
claims against the decedent to exhibit the same to the undersigned
Executor on or before the 8th day of August, 2015, or this notice will
be pleaded in bar of their recovery. All persons, firms and corporations
indebted to the estate should make immediate payment.

This the 8th day of May 2015.

The Estate of Sarah D. Spinks
Garrett Avon Spinks, Executor
480 Isley Lane
Ramseur, NC 27316

Attorney for the Estate:
William H. Flowe, Jr.
P.O. Box 1315
Liberty, NC 27298-1315
Phone: (336-622-2278

4ts - 5/8, 15, 22, 29/2015



6

**(TYPE OR PRINT IN BLACK INK)**

FILED

| | File No. |
|---|---|
| | 15 E 331 |

# STATE OF NORTH CAROLINA

RANDOLPH
_____ County

2015 JUL 29 AM 8:30

RANDOLPH COUNTY, C.S.C.

BY _____

In The General Court Of Justice
Before the Clerk

### IN THE MATTER OF THE ESTATE OF:

Name Of Decedent
SARAH D. SPINKS

Date Of Death
02/03/2015

Decedent's Social Security Number (Last Four Digits)
4178

## ESTATE TAX CERTIFICATION
### (FOR DECEDENTS DYING ON OR AFTER 1/1/99)

G.S. 28A-21-2; -25-3;105-32.2

**NOTE:** Use this form for decedents dying on or after 1/1/99. For decedent's dying before 1/1/99, use AOC-E-207.

I, the personal representative/fiduciary/spouse in the above estate, certify that:

1. ☒ a. The gross value of the estate prior to the date of the decedent's death is less than:

☐ $650,000 (If decedent died on or after 1/1/1999).  ☐ $1,500,000 (If decedent died on or after 1/1/2004).
☐ $675,000 (If decedent died on or after 1/1/2000).  ☐ $2,000,000 (If decedent died on or after 1/1/2006).
☐ $1,000,000 (If decedent died on or after 1/1/2002).  ☐ $3,500,000 (If decedent died on or after 1/1/2009).

☒ b. The decedent died on or after 1/1/2010, and there is no federal estate tax due or payable.

☒ 2. The decedent died on or after 1/1/2013, and therefore, no North Carolina estate tax is due or payable.

☐ 3. I am the surviving spouse and sole heir of the decedent.

| Date | Signature | Date | Signature |
|---|---|---|---|
| 7/27/2015 | _Garrett avon Spinks_ | | |

| Title Of Personal Representative/Fiduciary/Spouse | Title Of Personal Representative/Fiduciary/Spouse |
|---|---|
| EXECUTOR | |

| Address Of Personal Representative/Fiduciary/Spouse | Address Of Personal Representative/Fiduciary/Spouse |
|---|---|
| GARRETT AVON SPINKS 480 ISLEY LANE RAMSEUR, NC 27316 | |

### SWORN/AFFIRMED AND SUBSCRIBED TO BEFORE ME

| Date | Signature Of Person Authorized To Administer Oaths |
|---|---|
| 7/27/2015 | |

☐ Deputy CSC  ☐ Assistant CSC  ☐ Clerk Of Superior Court

☒ Notary

Date My Commission Expires
01/26/2017

County Where Notarized
RANDOLPH

**SEAL**

GULF... NOTARY PUBLIC

### SWORN/AFFIRMED AND SUBSCRIBED TO BEFORE ME

| Date | Signature Of Person Authorized To Administer Oaths |
|---|---|
| | |

☐ Deputy CSC  ☐ Assistant CSC  ☐ Clerk Of Superior Court

☐ Notary

Date My Commission Expires

County Where Notarized

**SEAL**

**NOTE TO PERSONAL REPRESENTATIVE/FIDUCIARY/SPOUSE AND CLERK:**
No final accounting of an estate may be approved unless the personal representative files with the Clerk of Superior Court an Estate Tax Certification, AOC-E-212, or a certificate issued by the Secretary of Revenue stating the estate tax liability has been satisfied. G.S. 105-32.3(c).

Original-File    Copy-Taxpayer

AOC-E-212, Rev. 8/13
© 2013 Administrative Office of the Courts

| STATE OF NORTH CAROLINA | FILED | File No. |
|---|---|---|

STATE OF NORTH CAROLINA

FILED

2015 JUL 29 AM 8:36

RANDOLPH COUNTY, C.S.C.

BY _____

File No. 15 E 331

_____ RANDOLPH _____ County

IN THE MATTER OF THE ESTATE OF:

Name Of Decedent

SARAH D. SPINKS

In The General Court Of Justice
Superior Court Division
Before The Clerk

**AFFIDAVIT OF NOTICE
TO CREDITORS**

G.S. 28A-14-1, 28A-14-2

**NOTE:** *The second option should be checked only in cases where the decedent had no outstanding debts, or the personal representative has paid in full all known debts. The first option should be checked in all other cases.*

The undersigned affiant, being first duly sworn, says that:

[X] 1. Pursuant to G.S. 28A-14-1, I made a reasonable effort to ascertain all persons, firms and corporations *(including the Department of Health and Human Services, Division of Medical Assistance, if at the time of the decedent's death the decedent was receiving Medicaid)* having unsatisfied claims against the decedent and personally delivered or mailed a copy of the Notice to Creditors to all such persons, firms and corporations then known to me, except for those claims that I recognize as valid.

[ ] 2. No copy of the Notice to Creditors required by G.S. 28A-14-1 was mailed or personally delivered because, after making a reasonable effort within the time provided by law, I am satisfied that there are no persons, firms or corporations *(including the Department of Health and Human Services, Division of Medical Assistance, if at the time of the decedent's death the decedent was receiving Medicaid)* having unsatisfied claims against the decedent. *(See note above.)*

**NOTE:** *Signature of only one affiant is necessary.*

| Date 7/27/2015 | Date |
|---|---|
| Signature Of Affiant  Janett-azon Spinks | Signature Of Co-Affiant |
| [X] Personal Representative Or Collector | [ ] Personal Representative Or Collector |
| [ ] Attorney For Personal Representative Or Collector | [ ] Attorney For Personal Representative Or Collector |

| SWORN/AFFIRMED AND SUBSCRIBED TO BEFORE ME | SWORN/AFFIRMED AND SUBSCRIBED TO BEFORE ME |
|---|---|
| Date 7/27/2015  Signature | Date  Signature |
| [ ] Deputy CSC  [ ] Assistant CSC  [ ] Clerk Of Superior Court | [ ] Deputy CSC  [ ] Assistant CSC  [ ] Clerk Of Superior Court |
| [X] Notary  Date My Commission Expires 01/26/2017 | Date My Commission Expires  [ ] Notary |
| SEAL  County Where Notarized RANDOLPH COUNTY | County Where Notarized  SEAL |

AOC-E-307, Rev. 2/15
© 2015 Administrative Office of the Courts

305755



### North Carolina Department of Health and Human Services
### Division of Medical Assistance
Third Party Recovery Section
PO Box 18869 Raleigh N. C. 27619

2015 NOV 16 P 5:06

RANDOLPH COUNTY C.S.C.

BY _____ JH

Pat McCrory
Governor

Richard O. Brajer
Secretary

Dave Richard
Deputy Secretary for Medical Assistance

November 10, 2015

SIR OR MADAM
RANDOLPH COUNTY CLERK OF SUPERIOR COURT
ESTATES DIVISION
176 E. SALISBURY ST
SUITE 201
ASHEBORO, NC 27203

RE:     Estate of:            Sarah Spinks
        Estate File #:        15 E 331

Dear Clerk:

Please see the enclosed documents which we have prepared in the above-referenced estate. HMS Inc. files this Claim Against the Estate and Affidavit on behalf of the North Carolina Department of Health and Human Services, Division of Medical Assistance (Medicaid). Please file these notices into the appropriate estate file and return a date-stamped copy in the enclosed self-addressed, stamped envelope.

Thank you for your cooperation in this matter. If you have any questions, please feel free to contact me.

                    Sincerely,

                    Nakeeta Walker

                    Nakeeta Walker
                    Medicaid Estate Recovery Representative

www.ncdhhs.gov
Third Party Recovery Section PO Box 18869 Raleigh N.C. 27619
Tel 866-455-0109 • Fax 919-424-2851
An Equal Opportunity / Affirmative Action Employer

CC Exec




SIR OR MADAM
November 10, 2015
Sarah Spinks
Page 2

FILED

STATE OF NORTH CAROLINA
CASE NO. 15 E 331

IN RE: ESTATE OF

Sarah Spinks,

DECEASED

§
§
§
§
§
§

RANDOLPH COUNTY C.S.C.

## CLAIM AGAINST ESTATE AND AFFIDAVIT

TO: CLERK OF SAID COURT

1. I, Nakeeta Walker, hereafter called "AFFIANT," do solemnly swear that the foregoing claim against the above estate is a just claim and that all legal offsets, payments, and credits known to AFFIANT have been allowed, and that the sum herein claimed is justly due.

2. CLAIMANT is:          The North Carolina Department of Health and Human Services, Division of Medical Assistance (Medicaid), administrator of the NC Estate Recovery Program

   CLAIMANT's address is:   The North Carolina Department of Health and Human Services, Division of Medical Assistance
   2508 Mail Service Center
   Raleigh, NC 27699-2508

3. Medicaid is an owner of an unsecured claim against this estate in the sum of $195,453.53, which may be amended prior to the estate being closed. This claim is founded on the following:

   Pursuant to N.C.G.S. § 108A-70.5, Medicaid is required to recover from the deceased recipient's Estate the costs of certain medical benefits received by the above Medicaid recipient.

4. The above deceased received medical services from Medicaid subject to N.C.G.S. § 108A-70.5.

5. To the best of Medicaid's' knowledge, the deceased Medicaid recipient had:
   (a) No surviving spouse;
   (b) No surviving child under age 21;
   (c) No surviving child who is blind or disabled, as defined by 10A NCAC 21D.0101(b)(2);
   (d) No undue hardship exists, as defined by 10A NCAC 21D.0502(b); and
   (e) Recovery will be cost-effective, as defined by 10A NCAC 21D.0501.

6. AFFIANT is NOT the owner of said claim but is a duly authorized officer, agent, or



www.ncdhhs.gov
Third Party Recovery Section PO Box 18869 Raleigh N.C. 27619
Tel 866-455-0109 • Fax 919-424-2851
An Equal Opportunity / Affirmative Action Employer



SIR OR MADAM
November 10, 2015
Sarah Spinks
Page 3

representative of CLAIMANT and AFFIANT has made diligent inquiry and examination of this claim and believes the claim is just and that all legal offsets, payments, and credits made known to this AFFIANT have been allowed.

7. AFFIANT files this Claim on behalf of the above named CLAIMANT and prays that the same be timely approved in accordance with applicable provisions of Chapter 28A of the North Carolina General Statutes. CLAIMANT requests, pursuant to N.C.G.S. § 108A-70.5, that said claim be classified as a sixth-class claim under N.C.G.S. § 28A-19-6 for the purposes of determining the order of claims against the decedent's estate.

STATE OF NORTH CAROLINA
WAKE COUNTY

AFFIANT, *Authorized Estate Recovery Representative*
AFFIANT's Name: Nakeeta Walker
NC Estate Recovery Unit
HMS
P.O.Box 18869
Raleigh NC 27619

BEFORE ME, the undersigned authority, on this day personally appeared _____ and, after being duly sworn by me, stated that the foregoing unsecured claim is just and that all legal offsets, payments, and credits know to AFFIANT have been allowed.

AFFIANT, *Authorized Estate Recovery Representative*

SUBSCRIBED AND SWORN TO BEFORE ME by Nakeeta Walker on November 10, 2015

Notary Public, Wake County, State of North Carolina

Notary's Name Printed: RENEE L. KEMP

RENEE L KEMP
NOTARY PUBLIC
WAKE COUNTY, NC

My commission expires:
November 16, 2016

www.ncdhhs.gov
Third Party Recovery Section PO Box 18869 Raleigh N.C. 27619
Tel 866-455-0109 • Fax 919-424-2851
An Equal Opportunity / Affirmative Action Employer

                                              ESTATE RECOVERY INVOICE REPORT
                                                    AS OF 05/23/2015


        BILL TO :    ESTATE OF:  SARAH  SPINKS
                                 482 ISLEY LANE
                                 RAMSEUR, NC 27316


        MEDICAID TAX ID# - 56-1250855                              RECIPIENT D/O/B  - 08/07/1931
        RECIPIENT ID     - 946375795N                              RECIPIENT D/O/D  - 02/03/2015
        RECIPIENT NAME   - SARAH  SPINKS                           RECIPIENT SSN    - 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
        CASE ID          - 2015000043863                           RECIPIENT GENDER - F
        COUNTY           - 076   RANDOLPH

                              STATEMENT OF MEDICAID EXPENDITURES

            HOSPITAL                                      $763.60
            NURSING HOME SERVICES                         $971.00
            CAP SERVICES                               $65,196.40
            PRESCRIPTION DRUGS                          $1,971.61
            PERSONAL CARE SERVICES                     $126,550.92
            PACE                                            $0.00
        *TOTAL.                                       $195,453.53

        THE STATE OF NORTH CAROLINA IS MAKING A CLAIM AGAINST THIS ESTATE FOR THE RECOVERY OF MEDICAL
        EXPENSES PAID BY THE NORTH CAROLINA MEDICAID AGENCY. THIS CLAIM IS MADE PURSUANT TO
        AUTHORITY GRANTED BY NORTH CAROLINA GENERAL STATUTE §108A-70.5. PLEASE MAKE CHECK PAYABLE
        TO N.C. DIVISION OF MEDICAL ASSISTANCE, AND MAIL TO 2022 MAIL SERVICE CENTER, RALEIGH, NC 27699-2022.
        PLEASE REFER ANY CORRESPONDENCE OR QUESTIONS TO HMS ESTATE RECOVERY UNIT
        SECTION, PO BOX 18869, RALEIGH, NC 27619, TELEPHONE NUMBER (866) 455 0109.


        * MEDICAID RESERVES THE RIGHT TO UPDATE THIS INVOICE AMOUNT IF ANY RECOVERABLE CLAIMS ARE
        SUBMITTED TO AND PAID BY MEDICAID AFTER THE CREATION OF THIS INVOICE.


        THIS CLAIM IS DUE IN FULL NO LATER THAN SIX (6) MONTHS FROM THE DATE IT IS FILED WITH THE
        ADMINISTRATOR, OR SIX (6) MONTHS FROM THE DATE IT IS FILED WITH THE CLERK OF COURT IF NO
        ADMINISTRATOR IS APPOINTED.



# STATE OF NORTH CAROLINA

_____ RANDOLPH _____ County

In The General Court Of Justice
Superior Court Division
Before The Clerk

| IN THE MATTER OF THE ESTATE OF: | | NOTICE TO FILE |
|---|---|---|

Name Of Decedent/Trust/Ward

**SARAH D SPINKS**

**T O**

Name And Address Of Fiduciary

**GARRETT AVON SPINKS
480 ISLEY LANE**

**RAMSEUR**          **NC 27316**

## NOTICE TO FILE

☐ INVENTORY (AOC-E-505, AOC-E-510, or AOC-E-511)
☐ ANNUAL ACCOUNT (AOC-E-506)
☒ FINAL ACCOUNT/AFFIDAVIT (AOC-E-506 or AOC-E-204)

G.S. 28A-20-2, 28A-21-1 to 28A-21-4; 28A-25-3; 36C-2-208, -209

| ☒ Estate | ☐ Trust | ☐ Guardianship |
|---|---|---|

**The inventory/account/affidavit indicated above in the Notice To File list is now due.**

You are reminded that if the required inventory/account/affidavit is not filed within thirty (30) days of this Notice, the law of North Carolina requires the Clerk to issue process to compel its filing. To avoid compulsory process, please file the inventory/account/affidavit within thirty (30) days. You should notify your attorney of this Notice.

The required form number listed in the Notice To File box is available via the North Carolina Court system website at www.nccourts.org/Forms/FormSearch.asp

**If you are filing an annual/final account, you <u>must</u> submit cancelled checks, receipts or other vouchers in support of all payments.**

Thank you for your prompt attention to this matter.

| Copy To | Date |
|---|---|
| **WILLIAM H FLOWE JR** | April 12, 2016 |
| | Signature |
| **PO BOX 1315** | **LIESEL I ROSENTRATER** |
| **LIBERTY**          **NC   27298-1315** | ☒ Deputy CSC   ☐ Assistant CSC   ☐ Clerk Of Superior Court |

Comments:

...

Original-Fiduciary    Copy-File and Attorney

AOC-E-501, Rev. 2/15
© 2015 Administrative Office of the Courts

# WILLIAM H. FLOWE, JR.

ATTORNEY AND COUNSELOR AT LAW

P. O. BOX 1315

LIBERTY, NORTH CAROLINA 27298-1315

STREET ADDRESS
124 S. FAYETTEVILLE STREET
LIBERTY, N. C. 27298-1315

Z016 MAY 13 A 11: 58

RANDOLPH CO., C.S.C.

BY JR

TEL (336) 622-2278

FAX (336) 622-5944

May 11, 2016

Clerk of Superior Court
Randolph County, NC

　　　　Re:  Estate of Sarah D. Spinks
　　　　　　　File 15 E 331

Dear Madam Clerk:

　　　　I certify the following:

　　　　　　　1.  I have been paid for all fees and reimbursed for any advanced costs listed on the Annual Account for the captioned Estate; and

　　　　　　　2.  From said reimbursement, I paid the Courier-Tribune for the legal notice .

　　　　　　　3.  My fee represents a retainer to be applied to the final statement.  I have not charged the Estate for the time involved in the settlement of the outstanding claim filed in this Estate.

Yours truly

William H.

*[handwritten: Letter for atty fees + Legal. William Flowe pd + got reimbursed]*

*[handwritten: Canceled ck for courier tribune]*

# COVER PAGE

## Russell Funeral Home & Cremation, INC.
### P.O. Box 883
### Siler City NC 27344
### Bus: (919) 742-9968 / Fax: (919) 742-1312
russellfuneralhome@yahoo.com

To: _____Mr. William H. Flowe_____

No. of Pages: _____3_____ with cover page_____

Comments: _____

_____

_____

_____

**RUSSELL FUNERAL HOME**
P.O. Box 883
458 Stockyard Road
Siler City, North Carolina 27344
(919) 742-2776

No. 0131

Date: 11-18-16

Received From: Jesus Cruz

Sarah Spinks

$ 100.00

_____ Dollars

For Funeral Expenses Of

Amount of Account $ 330.00     ☐ Check #          Thank You,
Amount Paid      $ 100.00     ☐ Cash
                              ☐ Social Security   William House
Balance Due      $ 230.00     ☐ VA Benefit
                              ☐ Life Insurance

# RUSSELL FUNERAL HOME AND CREMATION

P.O. Box 883 ∘ 458 Stockyard Road
Siler City, North Carolina 27344
(919) 742-9968

*This statement of disclosure is provided pursuant to the requirements of North Carolina G.S. 90-210.25(a)*

DECEASED **MRS. Sarah D. Spinks** No. _____

DATE OF DEATH **February 4, 2015**

PLACE OF DEATH _____

DATE OF STATEMENT _____

## A. CHARGE FOR SERVICES SELECTED

### 1. Professional Services:

| | |
|---|---|
| Basic Services of Funeral Director & Staff ..... | 2200.00 |
| Embalming............................ | 400.00 |
| Other preparation of body................. | |
| ................................. | **$2600.** 00 |

### 2. Facilities, Equipment & Staff:

| | |
|---|---|
| Use of Facilities & Staff for Viewing / Visitation ... | |
| Use of Facilities & Staff for Funeral Ceremony ... | |
| Use of Facilities & Staff for Memorial Service.... | |
| Use of Equipment & Staff for Graveside Service... | |
| Use of Equipment & Staff for Church Service.... | |

### 3. Transportation:

| | |
|---|---|
| Transfer of Remains to Funeral Home ........ | 50.00 |
| Hearse............................. | 200.00 |
| Limousine.... 1 @ $250.00 each | 250.00 |
| Sedan .............................. | |
| Service / Utility Vehicle .................. | **$500.** 00 |

### 4. Other Services / Facilities / Equipment:

| | |
|---|---|
| ................................. | |
| ................................. | |
| ................................. | |
| TOTAL OF SERVICES SELECTED ............. | ,$ **3,100.** 00 |

## B. CHARGE FOR MERCHANDISE SELECTED

| | |
|---|---|
| Casket (or other receptacle).......... | **$1,760.** 00 |
| Name/No. **Rose Hill** | |
| Material _____ | |
| Color **Pink /white** | |
| Outer Burial Container | **$1,050.** 00 |
| Name/No. **Monarch** | |
| Material _____ | |
| Acknowledgement Cards .................. | |
| Register Book ........................ | |
| Memory Folders / Prayer Cards............. | |
| Clothing ............................ | |
| ................................. | |
| Cremation Urn ....................... | |
| ................................. | |
| TOTAL OF MERCHANDISE SELECTED ............... | $ **2,810.** 00 |

## C. SPECIAL CHARGES

☐ Forwarding remains to:     ☐ Receiving remains from:

| | |
|---|---|
| Immediate Burial....................... | |
| Direct Cremation...................... | |
| Other .............................. | |
| TOTAL OF SPECIAL CHARGES ............... | $ **0** |

| | |
|---|---|
| TOTAL FUNERAL HOME CHARGES .................. | $ **5,910.** 00 |
| *(This total does not include Cash Advances)* | |

---

## STATEMENT OF FUNERAL GOODS AND SERVICES SELECTED

Charges are only for those items that you selected or that are required. If we are required by law or by a cemetery or crematory to use any items, we will explain the reasons in writing below.

If you selected a funeral that may require embalming, such as a funeral with viewing, you may have to pay for embalming. You do not have to pay for embalming you did not approve if you selected arrangements such as a direct cremation or immediate burial. If we charged for embalming, we will explain why below.

### CASH ADVANCES

| | |
|---|---|
| Certified Copies of Death Certificate 2 @ $10.00 each | $ 20. 00 |
| Clergy | |
| Musician | |
| Paid Newspaper Notice | |
| Cemetery : Opening & Closing Grave | $ 500. 00 |
| Other | |
| TOTAL CASH ADVANCES | $ 520. 00 |

We charge you for our services in obtaining: (specify cash advance items).

### SUMMARY

| | |
|---|---|
| Total Funeral Home Charges .............. | $ 5,910.00 |
| Local Sales Tax (if applicable) ............. | $ |
| State Sales Tax (if applicable)............... | $ 309.00 |
| Total Cash Advances .................... | $ 520.00 |
| GRAND TOTAL | $ 6,739.00 |
| Less Credits and Payments | |
| | $ |
| | $ |
| Total Credits ........................ | $ |
| **BALANCE DUE ▶** | $ **6,739.** 00 |

Billing To _____

### DISCLOSURES

Reason for embalming **A Family Requested a public viewing open to the public.**

If any law, cemetery or crematory requirements have required the purchase of any items listed, the law or requirement is explained below.

### ACKNOWLEDGEMENT AND AGREEMENT.

I hereby acknowledge that I have the legal right to arrange the final services for the deceased, and I authorize this funeral establishment to perform services, furnish goods, and incur outside charges specified on this Statement. I acknowledge that I have received the General Price List and the Casket Price List and the Outer Burial Container Price List.

Terms of Payment: _____

Full payment is due no later than _____
If any payment is not paid when due, an unanticipated LATE CHARGE of _____ % per month (ANNUAL PERCENTAGE RATE _____ %) on the unpaid balance will be due. I agree to pay the Balance Due listed on this Statement, plus any Late Charge. In the event I default in payment to this funeral establishment, I agree to pay reasonable attorney's fees and court costs in addition to any Late Charge applicable. I understand and agree that I am assuming personal liability for the charges set forth in this Statement and that this is in addition to the liability imposed by law upon the estate of the deceased. By my signature below, I hereby agree to all of the above and acknowledge receipt of a copy of this Statement.

X _____ Signed _____ Dated

Social Security Number _____

X _____ Signed _____ Dated
ACCEPTANCE This funeral establishment agrees to provide all services, merchandise and cash advances indicated on this Statement.

By _____

FILED

2017 JUN -2 P 12: 24

RANDOLPH CO. C.S.C.

BY_____PN_____

STATE OF NORTH CAROLINA          IN THE GENERAL COURT OF JUSTICE
                                              SUPERIOR COURT DIVISION
COUNTY OF RANDOLPH                     FILE NO.  15 E 331


IN THE MATTER OF THE ESTATE     )
                                )
              OF                )          **MOTION FOR**
                                )      **ADDITIONAL TIME**
       SARAH D. SPINKS          )
                                )
                                )

     The undersigned as attorney for the Executor of the captioned estate moves for an Extension of Time to file the Annual Account for the following reason:

     Personal Representative has not settled claim of Medicaid.

     The undersigned requests additional time in order to sell real property.

     This the 1st day of June, 2017.


                          William H. Flowe, Jr.,
                          Attorney for
                          Estate of  SARAH D. SPINKS

**STATE OF NORTH CAROLINA**         **IN THE GENERAL COURT OF JUSTICE**

FILED
2017 JUN -2  P
RANDOLPH CO., C.S.C.

                                **SUPERIOR COURT DIVISION**

**COUNTY OF RANDOLPH**                        **FILE NO. 15 E 331**

**IN THE MATTER OF THE ESTATE**   )

                              )

           **OF**                  )           **ORDER**

                              )

      **SARAH D. SPINKS**         )


       This request came on to be considered and was reviewed by the undersigned for an Extension of Time to file the Annual Account in said estate until certain pending matters have been resolved.

       IT IS, THEREFORE, ORDERED that an Extension of __60__ days from this date be granted for filing the Final Account.

       This the __2nd__ day of June, 2017.


                           _Darlene C Wilson_

                          ASST. CLERK OF SUPERIOR COURT

William H. Flowe, Jr.

P.O. Box 1315

Liberty, NC 27298-1315

RE: Estate of Sarah D. Spinks – 15 E 331

Dear Bill,

Received your petition and order to extend time for filing the Final Account in the above named estate, however, we are still holding the Annual from last year. Please, see the attached Notice that was sent to you on August 25, 2016. Please, comply with this notice before filing your final.

Thank you for your assistance in this matter.

Sincerely,

Janet C. Godwin

Deputy Clerk

# Resident Account History

## 32631 - Randolph

### Service Dates Starting 06/01/2011
### Payer = Private

Sort by Payer - Include R&B Anc Payments Reversals ZeroBalances Adjmts Pre-Bill

| Service Date | Billed / Trans Date | Plan | Class | Pay Type | Description | Item # / HCPC / Detail Description | Batch # / Rec Date | Check # | Rate | Qty | Ext Price | Contract Amount | Net AR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2011187 - Spinks, Sara D | | | | | | | | | | | | | |
| **Medicaid Pending / Private** | | | | | | | | | | | | | |
| 10/06/2011 10/31/2011 | 11/09/2012 10/26/2012 | | RN - Resident Liability | | Resident Liability | ROOM_120 / | 201210261040 | | $447.00 | 0 | $447.00 | $.00 | $447.00 |
| 10/01/2011 / | 12/21/2012 | | WO - Write Off | | Write-Off | / | 201212211457 | | | | -$447.00 | | -$447.00 |
| | | | | | | | | | October 2011 | | **Total** | | **$.00** |
| 11/01/2011 11/10/2011 | 11/09/2012 10/26/2012 | | RN - Resident Liability | | Resident Liability | ROOM_120 / / | 201210261041 | | $447.00 | 0 | $447.00 | $.00 | $447.00 |
| 11/01/2011 / | 12/21/2012 | | WO - Write Off | | Write-Off | / / | 201212211457 | | | | -$447.00 | | -$447.00 |
| | | | | | | | | | November 2011 | | **Total** | | **$.00** |
| | | | | | | | | | Medicaid Pending / Private | | **Total** | | **$.00** |
| | | | | | | | | | Spinks, Sara D | | **Total** | | **$.00** |

7/3/2017 9:42 AM

Page: 1

FILED 2011 NOV 11 P 3: 03 RANDOLPH CO., C.S.C.

Home ▾   Admin ▾   Clinical ▾   IRM ▾        🏠 ▾ [            ]   Search



**Spinks, Sarah (222400000000)**                    3 of 3  [Prev] [Next]

Status: Discharged    Location:
Gender: Female    DOB: 8/7/1931
Physician: Jerzy Sopala

[ Edit    ▾ ]  [ Print    ▾ ]

Allergies:  To Be Determined

Resident Profile   Verifications   Resident Identifiers   Census / Rates   A/R Profile   A/R Bill Setup   A/R Insurance   Assmnts   Collection
**A/R Aging**

**Account History**

⊞                          **Resident**   **Amount Due**   **Template/Payer**   **Group**   **Discharge Date**   **Status**
No Outstanding Accounts.

Woodland Hill Center
400 Vision Drive
Asheboro, NC 27203-3855
Phone: (336) 672-5450 | Fax: (336) 672-3174
PCC Facility ID: 57118

Genesis HealthCare
101 East State Street
Kennett Square, PA 19348 USA

Privacy Policy
Customer Support
Version 3.7.12.1.11 -
GPPCCA28.corp.genesishcc.com
Copyright 2000-2016 PointClickCare
Technologies Inc. All rights reserved.

*Brandy Brkly* 7/3/17

August 2, 2017

William H. Flowe, Jr.
P.O. Box 1315
Liberty, NC 27298-1315

RE: Estate of Sarah D. Spinks – 15 E 331

Dear Bill,

Won't you please respond to our Notice and my letter which both are attached.

Thank you for your assistance to this matter.

Sincerely,


Janet C. Godwin
Deputy Clerk

STATE OF NORTH CAROLINA

COUNTY OF RANDOLPH

DISTRICT COURT

JUDICIAL DISTRICT

PROBATE COURT DIVISION

In Re: The Estate of:

**WRITTEN STATEMENT OF CLAIM**

Court File No: _____ 15E331 _____

SARAH D SPINKS
Deceased

---

TO: PERSONAL REPRESENTATIVE _____ GARRETT AVON SPINKS _____ ,
Claimant states the following Claim:

1)      Claimant's Name and Address:
        ASHEBORO EMERGENCY PHYS, PA

        C/O AMERIFINANCIAL SOLUTIONS, LLC P.O. BOX 7

        VASSAR, MI 48768

2)      Claimant claims that the estate is indebted in the amount of $ _____ 935.00 _____
        and is now due.

3)      The nature of the claim is:
        See attached claim detail for claim basis.

4)      Claim is _____ secured _____ X _____ unsecured. If secured, see attached claim detail
        for nature of security.

Dated: _22 Aug 2017_

                                     Authorized Representative

                                           Jason D. Hamey
                                        Authorized Representative

I, the undersigned _____ , hereby certify that a true and correct copy of the foregoing was sent

via U.S. Mail to:
        GARRETT AVON SPINKS
C/O:   WILLIAM H FLOWE JR
        P O BOX 1315
        LIBERTY, NC 27298

On _____ AUG 2 2 2017 _____

By: _____

Ben Olson

NC_Default_R20170116

**KEY:**
Line 1 – Account No
Line 2 – Creditor/Claimant
Line 3 – Balance

HEBORO EMERGENCY PHYS,
PA

**Case Number:**
15E331


CL898502

## CLAIM DETAIL

IN RE ESTATE OF: SARAH D SPINKS
Claim detail is as follows:


2017 MAR 25   A 11: 54

****2603
ASHEBORO EMERGENCY PHYS, PA

$935.00

UNSECURED.

THIS CLAIM IS BASED ON AN ACCOUNT FOR GOODS AND/OR SERVICES IN THE
AMOUNT OF $935.00, EVIDENCED BY ACCOUNT NUMBER ****2603.

Claim Balance: $935.00

Claim_Details_PFDD_R20131017

**ASHEBORO EMERGENCY rHYS, PA**

C/O AMERIFINANCIAL SOLUTIONS, LLC
P.O. BOX 7
VASSAR, MI 48768

Telephone:(866) 727-2154

AUGUST 22, 2017

HOURS (ET):  8:00 AM - 3:00 PM M
             8:00 AM - 3:00 PM T
             8:00 AM - 3:00 PM W
             8:00 AM - 3:00 PM TH
             8:00 AM - 3:00 PM F
             CLOSED SA
             CLOSED SU

RANDOLPH COUNTY PROBATE COURT
RANDOLPH
176 E SALISBURY ST STE 201
ASHEBORO, NC 27203

**Estate Of:** SARAH D SPINKS

| **Total Unpaid Balance** | **PF Reference No** | **Probate Case No** | **Date of Death** |
|---|---|---|---|
| $935.00 | CL898502 | 15E331 | 2/3/2015 |

Dear Sir or Madam:

Enclosed please find a Creditor's Claim to be filed in the record with the above-referenced estate.

Please return a file stamped copy of the claim in the enclosed self-addressed envelope. Thank you for your assistance. If you have any questions or if this is a duplicate claim, please call our company at: 1-(866) 727-2154

Cordially,
ASHEBORO EMERGENCY PHYS, PA
C/O AMERIFINANCIAL SOLUTIONS, LLC
Enclosures

CC: Assty

**NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION**

Court_Cover_Letter_PFOD_H20150807        **NOTICE: SEE ATTACHED 2 PAGE(S) FOR CLAIM DETAIL**

September 6, 2017

William H. Flowe, Jr.

P.O. Box 1315

Liberty, NC 27298-1315


RE: Estate of Sarah D. Spinks – 15 E 331

Dear Bill,

I think you were going to send me something stating that the personal property had been sold.

If this is not right I will send your accounting back so you can correct it.

Thank you for your assistance in this matter.

Sincerely,


Janet C. Godwin

Deputy Clerk



November 27, 2017

William H. Flowe, Jr.
P.O. Box 1315
Liberty, NC 27298-1315

RE: Estate of Sarah D. Spinks – 15 E 331

Dear Bill,

I sent your annual accounting back to you so you could explain about the personal property. I sent this to you after 10-10-17. To date I have not received it back. Please, send to me by December 27, 2017.

Thank you,



Janet C. Godwin
Deputy Clerk

# STATE OF NORTH CAROLINA

File No.
2015 E 000331

RANDOLPH County

In The General Court Of Justice
Superior Court Division
Before The Clerk

| IN THE MATTER OF THE ESTATE OF: | NOTICE TO FILE |
|---|---|

Name Of Decedent/Trust/Ward
**SARAH D SPINKS**

T O

Name And Address Of Fiduciary

**GARRETT AVON SPINKS**
**482 ISLEY LANE**

**RAMSEUR**   NC 27316

☐ **INVENTORY**
  AOC-E-505 is the Inventory form used with decedent's estates.
  AOC-E-510 is the Inventory form used with guardianship estates.
  AOC-E-511 is the Inventory form used with a trust under a will.

☐ **ANNUAL ACCOUNT**
  AOC-E-506 is the Annual Account form used in all types of estates.

☒ **FINAL ACCOUNT/AFFIDAVIT**
  AOC-E-204 is the Affidavit form used only when property has been collected
  by affidavit.
  AOC-E-506 is the Final Account form used in all other types of estates.

G.S. 28A-20-2; 28A-21-1 to 28A-21-4; 28A-25-3; 36C-2-208, -209

| ☒ Estate | ☐ Trust | ☐ Guardianship |
|---|---|---|

The inventory/account/affidavit indicated above in the Notice To File list is now due.

You are reminded that if the required inventory/account/affidavit is not filed within thirty (30) days of this Notice, the law of North Carolina requires the Clerk to issue process to compel its filing. To avoid compulsory process, please file the inventory/account/affidavit within thirty (30) days. You should notify your attorney of this Notice.

The required form number listed in the Notice To File box is available via the North Carolina Court system website at www.nccourts.org/Forms/FormSearch.asp.

If you are filing an annual/final account, you <u>must</u> submit receipts, official copies of cancelled checks, or other vouchers in support of all payments.

Your prompt attention to this matter is required.

| Copy To | Date |
|---|---|
| WILLIAM H FLOWE JR | January 03, 2018 |
| PO BOX 1315 | Signature  JANET C GODWIN |
| LIBERTY   NC 27298-1315 | ☒ Deputy CSC   ☐ Assistant CSC   ☐ Clerk Of Superior Court |

Comments:
Need to approve 2016 Annual

Original-Fiduciary   Copy-File and Attorney

AOC-E-501, Rev. 4/16
© 2016 Administrative Office of the Courts

# STATE OF NORTH CAROLINA

File No.

15 E 331

RANDOLPH County

In The General Court Of Justice
Superior Court Division
Before The Clerk

| IN THE MATTER OF THE ESTATE OF: |
|---|

Name

SARAH D. SPINKS

T
O

Name And Address Of Fiduciary

GARRETT AVON SPINKS
480 Isley Lane
Ramseur, NC 27316

# NOTICE

☐ Your proposed inventory/account is enclosed.

Before your account can be accepted and approved, it will be necessary for you to furnish or complete the items indicated below.

☐ Publisher's Affidavit

☐ Affidavit of Notice to Creditors

☐ Inheritance and Estate Tax Certification

☐ Vouchers or Verified Proof Supporting All Disbursements/Distribution

☐ Receipts Signed By Beneficiaries Acknowledging Receipt of Articles of Personal Property Received By Them

☐ Investments and Bank Statement Showing Cash Balance

☐ Fiduciary's Signature Must be Notarized

☐ Pay Costs in the Amount of $ _____ cash, certified check, money order or estate check

☐ Renewal/Additional Bond to be Signed By You and Your Sureties

☐ Petition and Order for Commissions/Attorney Fees

☒ Other *(specify)*

Were the household furnishings and the vehicle sold?


CC: William H. Flowe, Jr., Attorney

**PLEASE GIVE THIS MATTER YOUR PROMPT ATTENTION.**

| Date | Signature |
|---|---|
| 01-03-2018 | |
| | ☒ Deputy CSC   ☐ Assistant CSC   ☐ Clerk Of Superior Court |

AOC-E-507, Rev. 8/97
©1997 Administrative Office of the Courts          Original - Mailed    Copy - File

157   18-01263   Return to Clerk

| STATE OF NORTH CAROLINA | File No. 2015 E 000331 |
|---|---|

FILED
2018 FEB 15 A 7 54

RANDOLPH _____ County

In The General Court Of Justice
Superior Court Division
Before The Clerk

IN THE MATTER OF THE ESTATE OF:
RANDOLPH COUNTY C.S.C.

Name Of Decedent/Minor/Ward/Trust
SARAH D SPINKS

**ORDER TO FILE
INVENTORY OR ACCOUNT**

TO

Name And Address Of Fiduciary
GARRETT AVON SPINKS
482 ISLEY LANE

RAMSEUR        NC        27316

G.S. 28A-20-2, -3; 28A-21-4; 35A-1262, -1264; 36C-2-208, -209

[X] Estate    [ ] Trust    [ ] Guardianship

**TO THE FIDUCIARY NAMED ABOVE:**

You qualified to administer the estate of the above-named decedent/minor/ward/trust.
You are hereby notified that:

[ ] 1. you have failed to file your inventory within three (3) months after your qualification as required by law.
[X] 2. you have failed to file your annual account as required by law.
[X] 3. you have failed to file your final account as required by law.
[ ] 4. the inventory or account which you submitted is insufficient or unsatisfactory, in that:

Sent the Annual back for corrrection

Final is also due

It is ORDERED that you file a sufficient and satisfactory inventory/account in this office within twenty (20) days after service of this order upon you.

TAKE NOTICE that if your inventory/account is not filed within twenty (20) days after the service of this Order, or if there is not good cause shown for your failure to do so, then a proceeding for contempt may be brought against you and you may be removed as fiduciary and be committed to the county jail for an indefinite period.

| Date February 15, 2018 | Signature Darlene Tucker | [X] Assistant CSC | [ ] Clerk Of Superior Court |
|---|---|---|---|

**RETURN OF SERVICE**

I certify that this Order was received and served as follows:

[ ] by leaving a copy of this Order with the fiduciary.
[ ] by leaving a copy of this Order at the dwelling house or usual place of abode of the fiduciary named above with a person of suitable age and discretion then residing therein.
[ ] as the fiduciary is a corporation, service was effected by delivering a copy of this Order to the person named below.

Name And Address Of Person With Whom Copy Left (if corporation, give title of person copy left with)

[ ] the fiduciary WAS NOT served for the following reason:

| Date Received 02/15/18 | Date Served 02/16/18 | Date Returned 02/16/18 | Name Of Sheriff Robert A. Graves |
|---|---|---|---|
| County Randolph | | | Deputy Sheriff Making Return D. Conard |

Copy To
WILLIAM H FLOWE JR

PO BOX 1315

LIBERTY        NC        27298-1315

AOC-E-502, Rev. 4/16
© 2016 Administrative Office of the Courts

157

Return to Clerk

**STATE OF NORTH CAROLINA** 18 - 02347

_____ RANDOLPH _____ County

FILED

In The General Court Of Justice
Superior Court Division
Before The Clerk

IN THE MATTER OF THE ESTATE OF:

2018 MAR 27 P 3: 21

Name Of Decedent/Minor/Incompetent/Trust

SARAH D SPINKS

T O

Name And Address Of Fiduciary

GARRETT AVON SPINKS
482 ISLEY LANE

RANDOLPH CO., C.S.C.

BY _____ DHB

RAMSEUR          NC      27316

**ORDER TO APPEAR
AND SHOW CAUSE FOR FAILURE
TO FILE INVENTORY/ACCOUNT**

G.S. 5A-23; 28A-20-2; 28A-21-4; 35A-1262, -1264; 36C-2-208, -209

| | |
|---|---|
| [X] Estate | [ ] Trust | [ ] Guardianship |

**TO THE FIDUCIARY NAMED ABOVE:**

I find that there is probable cause to believe that you are in contempt for willfully violating an order issued by this Court and served personally on you, commanding you to file an [ ] inventory. [X] account.

You are ORDERED to appear in person at the date, time, and place indicated below to show cause why you should not be held in civil contempt for violating the lawful orders of this Court. **If the Court finds you in civil contempt, you may be committed to jail for as long as such civil contempt continues.** You are entitled to have counsel represent you at the hearing. You may hire your own counsel. If you are found to be indigent, the Court will appoint counsel for you, unless you waive the right to counsel.

In addition, at the hearing, the Court will determine whether you should be removed as fiduciary.

| Date To Appear | Time To Appear | | Date |
|---|---|---|---|
| April 18, 2018 | 02:00 | [X] AM  [ ] PM | March 27, 2018 |

| Place To Appear | Signature |
|---|---|
| Randolph County Courthouse, 176 E. Salisbury Street | Diana H Brown |
| Courtroom 4B, Asheboro, NC 27203 | DIANA H BROWN |
| | [X] Assistant CSC   [ ] Clerk Of Superior Court |

**RETURN OF SERVICE**

I certify that this Order was received and served as follows:

[X] by leaving a copy of this Order with the fiduciary.

[ ] the fiduciary WAS NOT served for the following reason:

2018 MAR 29 AM 8: 48
RANDOLPH COUNTY
SHERIFF'S DEPARTMENT

| Date Received | Name Of Deputy Sheriff Making Return (Type Or Print) |
|---|---|
| 03/29/18 | D. Conard |
| Date Served | Signature Of Deputy Sheriff Making Return |
| 04/02/18 | |
| Date Returned | Name Of Sheriff (Type Or Print) |
| 04/02/18 | Robert A. Graves |
| Copy To | County Of Sheriff |
| | Randolph |

WILLIAM H FLOWE JR

PO BOX 1315

LIBERTY          NC       27298-1315

Original & Copy-Sheriff    Copy-File

AOC-E-503, Rev. 7/14
© 2014 Administrative Office of the Courts